UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY D. HOWES, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No: 4:15CV1745HEA ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | |

**OPINION, MEMORANDUM AND ORDER**

Upon review of the docket entry previously file the court, *sua sponte* , issues its Amended Opinion, Memorandum and Order for the sole and exclusive purpose of correcting the style of the opinion issued on March 12, 2019 , [Doc. No. 7 ]. No other aspects of the opinion are changed, modified, or altered in any regard.

Dated this 30th day of April, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE